FILED

JAN X 9 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JAN X 9 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Mark Lindsey SCHMECK,<br><br>Petitioner,<br><br>v.<br><br>Ronald DAVIS,<br>Warden, San Quentin State Prison,<br><br>Respondent. | Case Number CV 13-05415<br><br><u>DEATH-PENALTY CASE</u><br><br>ORDER APPOINTING COUNSEL |

Pursuant to Habeas Local Rule 2254-25 and the recommendation of the Court's Selection Board, the Court hereby appoints Wesley A. Van Winkle and Brian M. Pomerantz as lead and second counsel, respectively, to represent petitioner in his federal habeas proceedings. Furthermore, the Court vacates its Order Appointing Counsel (ECF Doc. No. 7) because it was filed under seal absent a showing that sealing was necessary.

**IT IS SO ORDERED.**

DATED: 1/9/15

RICHARD SEEBORG
United States District Judge