UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LINDSEY SCHMECK,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>    Respondent. | No. C 13-5415 RS<br><br>DEATH PENALTY CASE<br><br>**CASE MANAGEMENT ORDER** |

Counsel were appointed in this case on January 9, 2015. (ECF Dkt. No. 8) Accordingly, the parties are ordered to meet and confer and submit a joint statement outlining the following: the time needed to assemble the entire record, any anticipated request for equitable tolling of the statute of limitations, as well as any other issues that might effect the filing of the finalized petition. The joint statement shall be submitted on or before March 13, 2015.

If the Court determines that it is necessary, a case management conference will be scheduled.

**IT IS SO ORDERED.**

DATED: January 29, 2015

RICHARD SEEBORG
United States District Judge