UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK LINDSEY SCHMECK,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>    Respondent. | No. C 13-5415 RS<br><br><u>DEATH PENALTY CASE</u><br><br>**CASE MANAGEMENT ORDER** |

The Court has reviewed the parties' Joint Case Management Statement, filed on March 12, 2015, and adopts their proposed litigation schedule. Accordingly, the Court directs the parties as follows:

1) Within 21 days from the date of this Order, respondent shall lodge a copy of the state court record. In addition to lodging a paper copy of these records with the Court, respondent will provide each of petitioner's counsel and the Court with an electronic copy of these records;

2) Within 21 days from the date of this Order, petitioner shall file any motion for equitable tolling. Respondent's opposition shall be due within 30 days of the filing date of petitioner's motion, and the optional reply will be due within 14 days of the filing date of the opposition.

//

1 | The Court will issue a further briefing schedule upon resolution of the motion for
2 | equitable tolling.
3 | **IT IS SO ORDERED.**
4 | DATED: March 13, 2015

_____
RICHARD SEEBORG
United States District Judge