IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK LINDSEY SCHMECK,**<br><br>                                  Petitioner,<br><br>       v.<br><br>**RONALD DAVIS, Warden of**<br>**California State Prison at San Quentin,**<br><br>                                  Respondent. | Case No. CV 13-5415-RS<br><br>**DEATH PENALTY CASE**<br><br>~~[PROPOSED]~~ ORDER |

The parties' Joint Stipulation Continuing Date for Motion and Joint Statement on Exhaustion to April 18, 2016, is hereby ACCEPTED.

Dated: 3/18/16

_____
HONORABLE RICHARD G. SEEBORG
United States District Judge

[Proposed] Order (CV 13-5415-RS)