1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

MARK LINDSEY SCHMECK,

Case No.  13-cv-05415

Petitioner,

8
9

v.

DEATH PENALTY CASE

10

RON DAVIS, Warden, San Quentin State
Prison

11

Respondent.

ORDER GRANTING PETITIONER'S
MOTION TO SEAL

12
13
14

For the reasons stated in a concurrently filed sealed order, petitioner's motion to seal

15

Sealed Claim 1, the associated memorandum of points and authorities, the associated exhibits, and

16

respondent's "Supplemental Brief Opposing Petitioner's Administrative Motion to File Petition

17

and Exhibits Under Seal" is granted.

18

Any future pleadings relating to Sealed Claim 1 must be filed under seal.  The Clerk is

19

hereby directed to remove ECF Dkt. No. 65 from the public docket and place under seal.

20

**IT IS SO ORDERED.**

21
22

Dated: August 3, 2016

23

RICHARD SEEBORG
United States District Judge

24
25
26
27
28

United States District Court
Northern District of California